Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/08/2026
CT Log Number 553606148

## Service of Process Transmittal Summary

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 HARTFORD PLZ
HARTFORD, CT 06155-0001

**RE:** **Process Served in Florida**

**FOR:** Maxum Indemnity Company (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** INGRID AND RICHARD BISHOP SR. vs. MAXUM INDEMNITY COMPANY

**DOCUMENT(S) SERVED:** Notice(s), Summons, Complaint, Initial Discovery Disclosures, First Set of Interrogatories, First Request(s), Civil Cover Sheet

**COURT/AGENCY:** Orange County - Small Claims Court of The Ninth Judicial Circuit, FL
Case # 2026CA007717O

**NATURE OF ACTION:** Insurance Litigation

**PROCESS SERVED ON:** C T Corporation System, Plantation, FL

**DATE/METHOD OF SERVICE:** By Electronic Receipt on 10/08/2026 at 00:00

**JURISDICTION SERVED:** Florida

**APPEARANCE OR ANSWER DUE:** Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates)

**ATTORNEY(S)/SENDER(S):** Ustena S. Fam
The Fam Firm
111 N. Orange Ave., Suite 800
Orlando, FL 32801
321-274-6749

**ACTION ITEMS:** CT has retained the current log, Retain Date: 10/08/2026, Expected Purge Date: 10/13/2026

Image SOP

Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM

Email Notification, Inna Vartanova inna.vartanova@thehartford.com

Email Notification, Daniela Bukowski-James soplawsuits.law@thehartford.com

**REGISTERED AGENT CONTACT:** C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324
8775647529
MajorAccountTeam1@wolterskluwer.com

**REMARKS:** Process received by Chief Financial Officer on 10/07/2026 and forwarded to C T Corporation System by electronic delivery on 10/08/2026



EXHIBIT
A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/08/2026
CT Log Number 553606148

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

*26-000184632*

INGRID AND RICHARD BISHOP SR.

PLAINTIFF(S)

VS.

MAXUM INDEMNITY COMPANY

DEFENDANT(S)
_________________________________________/

SUMMONS, COMPLAINT, DISCOVERY, CIVIL COVER SHEET

**CASE #:** **2026-CA-007717-O**
**COURT:** **9TH JUDICIAL CIRCUIT**
**COUNTY:** **ORANGE**
**DFS-SOP #:** **26-000184632**

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida's Department of Financial Services. Said process was received by ELECTRONIC DELIVERY on Wednesday, October 7, 2026 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, October 8, 2026 to the designated agent for the named entity as shown below.

MAXUM INDEMNITY COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

***Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

USTENA FAM
MS.
THE FAM FIRM, LLC
111 N. ORANGE AVE., SUITE 800
ORLANDO, FL 32801

AJ1

**IN THE CIRCUIT COURT OF THE**
**NINTH JUDICIAL CIRCUIT IN AND FOR**
**ORANGE COUNTY, FLORIDA**

**CASE NUMBER:** 2026-CA-007717-O

**JUDGE:** ____________________________

**INGRID AND RICHARD BISHOP SR.,**

**Plaintiffs,**

**v.**

**MAXUM INDEMNITY COMPANY,**

**Defendant.**

___________________________________/

**SUMMONS**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of Petition in this action on Maxum Indemnity Company pursuant to § 48.151(3), Fla. Stat.

***By Serving:***

**MAXUM INDEMNITY COMPANY**
Insurance Commissioner
State of Florida
PROCESS SECTION
200 East Gaines Street
Tallahassee, Florida 32302

Each defendant is required to serve written defenses to the Complaint on Ustena S. Fam, Counsel for Plaintiffs, **The Fam Firm, 111 N. Orange Ave., Suite 800, Orlando, Florida 32801**, within twenty (20) days after service, of this summons on that Defendant exclusive of the day of service, and to file the original of the Defenses with the Clerk of this Court either before service on Plaintiffs' Attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that defendant for the relief demanded in the complaint or petition.

Tiffany Moore Russell, Clerk of Courts
/s/ Charlotte Appline
Deputy Clerk
**Civil Division**
425 N Orange Ave
Room 350
Orlando, FL 32801

Date: 7/22/26

**IN THE CIRCUIT COURT OF THE**
**NINTH JUDICIAL CIRCUIT IN AND FOR**
**ORANGE COUNTY, FLORIDA**

**CASE NUMBER:**

**JUDGE: ____________________________**

**INGRID AND RICHARD BISHOP SR.,**

**Plaintiffs,**
**v.**

**MAXUM INDEMNITY COMPANY**

**Defendant.**
**___________________________________/**

**COMPLAINT & DEMAND FOR JURY TRIAL**

**COMES NOW**, Plaintiffs, Ingrid and Richard Bishop Sr., by and through the undersigned counsel and sues Defendant, Maxum Indemnity Company, and alleges as follows:

1. This is an action for breach of contract with damages more than Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs.

2. At all material times hereto, Plaintiffs, Ingrid and Richard Bishop Sr. (hereinafter "Plaintiffs"), was and are Florida residents.

3. At all material times hereto, Defendant, Maxum Indemnity Company, was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Orange County, Florida.

4. Jurisdiction and venue of this matter are proper in County Court for Orange County, Florida.

5. Prior to June 10, 2025, Plaintiffs sought and purchased property insurance from Defendant to cover their property located at 6114 Silver Star Rd., Orlando, FL 32808, (hereinafter “Plaintiffs’ Property”). Said policy of insurance, which is believed to be policy number BDG-3102588-01 (hereinafter “Plaintiffs’ Policy”), was issued by Defendant to Plaintiffs to provide insurance coverage that included, but was not limited to, coverage afforded to protect Plaintiffs’ Property against Wind and/or Hail.

6. Plaintiffs’ Policy was in full force and effect as of June 10, 2025. A formal copy of the Plaintiffs’ Policy is not currently in the possession of the Plaintiffs, but is well known to Defendant, and has been requested by the Plaintiffs through a Request to Produce, which has been served upon Defendant contemporaneously with this Complaint. See: Equity Premium, Inc. v. Twin City Fire Ins. Co., 956 So.2d 1257 (Fla. 4th DCA 2007); Amiker v. Mid-Century Ins. Co., 398 So.2d 974 (Fla. 1st DCA 1981); Parkway General Hospital, Inc. v. Allstate Ins. Co., 393 So.2d 1171 (Fla. 3d DCA 1981) and Sasche v. Tampa Music Co., 262 So.2d 17 ( Fla. 2d DCA 1972).

7. On or about June 10, 2025, Plaintiffs’ Property was damaged by a Wind and/or Hail event. Said Wind and/or Hail event was covered under Plaintiffs’ Policy, and Defendant assigned the loss as claim number BDG-3102588-01-01.

8. This is an action related to Defendant’s breach of contract for failure to fully indemnify Plaintiffs from loss.

**COUNT I - BREACH OF CONTRACT AGAINST DEFENDANT**

**COMES NOW**, Plaintiffs, Ingrid and Richard Bishop Sr., by and through the undersigned counsel and sues Defendant, Maxum Indemnity Company, and alleges as follows:

9. Plaintiffs re-allege paragraphs 1 through 8 above and incorporate the same by reference herein.

10. Plaintiffs are the named insured under Plaintiffs' Policy, which was in full force and effect at all times material to this Complaint.

11. Plaintiffs have complied with all conditions precedent to this lawsuit that entitle Plaintiffs to recover under Plaintiffs' Policy, or any such conditions have been waived by the Defendant.

12. Despite demand for payment, Defendant has failed or refused to fully indemnify Plaintiffs for the amount of loss.

13. Defendant's refusal to reimburse Plaintiffs adequately for damages, and otherwise make Plaintiffs whole, constitutes a breach of contract.

14. Plaintiffs have been damaged as a result of Defendant's breach in the form of insurance proceeds which have not been paid, interest, and costs.

15. Plaintiffs have been and remain fully prepared to comply with all of the Policy's obligations.

**WHEREFORE**, Plaintiffs, Ingrid and Richard Bishop Sr., by and through the undersigned counsel, demands judgment against Defendant, Maxum Indemnity Company, for all damages, with interest and costs, pursuant to Florida Statutes, and for all other remedies the Court sees fit to grant, and Plaintiffs demand trial by jury.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document will be served on Defendant along with the Summons in this action.

**Date:** July 21, 2026

*/s/*Ustena S. Fam_______________

**THE FAM FIRM**
Ustena S. Fam, Esq.
*FOR THE FIRM*
Florida Bar Number: 1025391
111 N. Orange Ave., Suite 800
Orlando, Florida 32801
Phone: (321) 274-6749
Primary: ustenafam@thefamfirm.com
Secondary: assistant@thefamfirm.com